[DO NOT PUBLISH]

In the

# United States Court of Appeals

## For the Eleventh Circuit

_____

No. 25-11597

Non-Argument Calendar

_____

RONALD SATISH EMRIT,
Presidential Candidate Number P60005535,

Plaintiff-Appellant,

PRESIDENTIAL COMMITTEE/POLITICAL
ACTION COMMITTEE/SEPARATE SEGREGATED
FUND (SSF) NUMBER C00569897,
d.b.a. United Emrits of America,

Plaintiff,

*versus*

COBB GONZALEZ LAW FIRM OF
JACKSONVILLE, FLORIDA,
12TH JUDICIAL DISTRICT OF FLORIDA IN
AND FOR SARASOTA COUNTY COURT,

2                    Opinion of the Court                    25-11597

MANATEE COUNTY COURT,
ERIC GOLDFINE TRUST,
ERIC GOLDFINE, et al.,

                                                 Defendants-Appellees.

_____

Appeal from the United States District Court
for the Middle District of Florida
D.C. Docket No. 8:25-cv-00999-WFJ-NHA

_____

Before NEWSOM, BRANCH, and LAGOA, Circuit Judges.

PER CURIAM:

This appeal is DISMISSED, *sua sponte*, for lack of jurisdiction because it is not taken from a final or immediately appealable order.

Ronald Emrit, *pro se*, filed a notice of appeal that appears to seek review of the magistrate judge's April 29, 2025, report and recommendation that the district court dismiss his complaint. A magistrate judge's recommendation that has not been adopted or otherwise rendered final by the district court at the time the notice of appeal is filed is not final and appealable. *See Perez-Priego v. Alachua Cnty. Clerk of Ct.*, 148 F.3d 1272, 1273 (11th Cir. 1998); 28 U.S.C. § 1291.    The    district    court's    subsequent    adoption    of    the

25-11597              Opinion of the Court                    3

recommendation and dismissal of the complaint did not cure Emrit's premature notice of appeal. *See Perez-Priego*, 148 F.3d at 1273.

All pending motions are DENIED as moot.